IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) No.  12-cv-3079 |
| SICILIANO, INC., | ) ) ) |
| Defendant. | ) |

## ORDER FOLLOWING REPORT OF SETTLEMENT

**BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:**

Pursuant to Status Report (d/e 5) filed by the Plaintiffs, this case has been settled by the parties.  Plaintiffs are hereby directed to file with the Court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.

ENTERED:    August 16, 2012

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE